IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROY ZIMMERMAN**, *et al.*, | : | CIVIL ACTION NO. 1:16-CV-1463 |
| Plaintiffs | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | |
| **CYHIEN BARNES, n/k/a CYHIEN RA NETER BEY**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of November, 2016, upon consideration of the report (Doc. 8) of Magistrate Judge Joseph F. Saporito, Jr., recommending the court dismiss the *pro se* defendants' notice of removal (Doc. 1) for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), see FED. R. CIV. P. 41(b), and remand the above-captioned matter to the state court from which it originated, (see Doc. 8 at 3-4), and it appearing that defendants did not object to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b),

advisory committee notes, and, following an independent review of the record, the court in agreement with Judge Saporito's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 8) of Magistrate Judge Saporito is ADOPTED.

2. The above-captioned matter is REMANDED to the Court of Common Pleas of Lancaster County, Pennsylvania.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania